# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**TYRON TERRELL TUCKER, SR.**                                                           **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 3:07CV465-LRA**

**SHERIFF MARK SHEPARD, ET AL**                                               **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony presented by Plaintiff Tyron Terrell Tucker, Sr., at the omnibus hearing,

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice, and Final Judgment in favor of all Defendants is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 5th day of February, 2008.


                              S/ Linda R. Anderson
                              UNITED STATES MAGISTRATE JUDGE